HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700/Fax (916)498-5710
Mia_crager@fd.org

Attorney for Defendant
JUAN HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-cr-00032-MCE |
| Plaintiff, | )<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | )<br>) DATE:    June 22, 2017 |
| JUAN HERNANDEZ-GARCIA, | ) TIME:    10:00 a.m.<br>) JUDGE:  Hon. Morrison C. England, Jr. |
| Defendant. | )<br>) |

Plaintiff, United States of America, by and through Assistant United States Attorney

KATHERINE LYDON and Assistant Federal Defender MIA CRAGER on behalf of defendant

JUAN HERNANDEZ-GARCIA, hereby stipulate to continue the status conference from June

22, 2017 to July 13, 2017 at 10:00 a.m.

The reasons for this continuance are to allow defense additional time to review the

proposed resolution with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including July 13, 2017;  pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

1  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2                                    Respectfully submitted,

3

   Dated: June 13, 2017                 HEATHER E. WILLIAMS
4                                        Federal Defender

5                                        /s/ *Mia Crager*
                                         MIA CRAGER
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        JUAN HERNANDEZ-GARCIA

8  Dated: June 13, 2017

9                                        PHILLIP A. TALBERT
                                         United States Attorney

10
                                         /s/ *Katherine Lydon*
11                                       KATHERINE LYDON
                                         Assistant U.S. Attorney
12                                       Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 13, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 22, 2017 status conference shall be continued until July 13, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE